Marion McBride, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 29028. SORRELLS v. DeFRANCIS.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*

DECIDED NOVEMBER 26, 1974.

*Thomas M. West,* for appellant.
*Arthur K. Bolton, Attorney General,* for appellee.

## 29214. WRIGHT v. HOPPER.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*

DECIDED NOVEMBER 26, 1974.

Billy Wright, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 29346. HENSON v. HOPPER.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*

DECIDED NOVEMBER 26, 1974.